UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

IN RE: NONJUDICIAL CIVIL ) 
FORFEITURE PROCEEDING )   Misc. No. 5:21-mc-07

### ORDER EXTENDING TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE

The United States having applied to the Court, pursuant to 18 U.S.C. § 983(a)(3)(A), for an order extending, to and through March 19, 2021, the time in which the United States may file a complaint for forfeiture and/or obtain an indictment alleging forfeiture with respect to certain property against which United States Customs and Border Protection ("CBP") initiated nonjudicial civil forfeiture proceedings and to which Jeremiah Packard asserted an interest, to wit, $104,850.00, more or less, in United States currency that Homeland Security Investigations ("HSI") seized from Jeremiah Packard's residence in East Dummerston, Vermont, on June 10, 2020 (the "Subject Property"); and

The United States having represented to the Court as follows:

1. In accordance with 18 U.S.C. § 983(a)(1)(A), CBP provided written notice of its intent to forfeit the Subject Property to all known interested parties;

2. On or about October 20, 2020, CBP received from Jeremiah Packard a claim in which he asserted an interest in the Subject Property;

3. No other person has filed a claim to the Subject Property or asserted any interest therein and, pursuant to 18 U.S.C. § 983(a)(2), the time for doing so has expired;

4. Jeremiah Packard has agreed and consented to the relief requested by the United States, to wit, an order extending, to and through March 19, 2021, the time in which

the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture; and

5. The United States seeks the requested relief in order to permit the parties sufficient time in which to potentially resolve this matter without protracted litigation; and

The Court being expressly authorized, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend, upon agreement of the parties, the time in which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture;

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 983(a)(3)(A), that the date by which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture is extended to and through March 19, 2021.

Dated at Burlington, in the District of Vermont, this 13th day of January, 2021.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court